IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DERRON JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 07CV6502 |
| | ) JUDGE SHADUR |
| CITY OF CHICAGO and OFFICER MALLOY, | ) MAG. JUDGE ASHMAN |
| and OFFICER KEMP | ) |
| | ) |
| Defendants. | ) |

FILED
NOV 16 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### NOTICE OF FILING AND CERTIFICATE OF SERVICE

To:   DEUTSCHMAN & ASSOCIATES, P.C.
      77 W. Washington Street
      Suite 1525
      Chicago, Illinois 60602

**PLEASE TAKE NOTICE** that I have filed this day with the Clerk of the above Court a **NOTICE OF REMOVAL**, a copy of which is attached hereto and herewith served upon you.

I hereby certify that I have caused a true and correct copy of the above and foregoing **NOTICE OF FILING** and **NOTICE OF REMOVAL** to be sent via U.S. mail to the person in the foregoing Notice at the address therein shown on this  16th  day of November 2007.

**DATED** at Chicago, Illinois this  16th  day of November 2007.

Respectfully submitted,
MARA S. GEORGES
Corporation Counsel
CITY OF CHICAGO

BY: _____
    DAVID J. SEERY
    Chief Assistant Corporation Counsel

30 North LaSalle Street, Ste. 1020
Chicago, IL 60602
(312) 744-9210
Attorney No. 06190904



NOV 1 6 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DERRON JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 07CV6502 |
| v. ) | JUDGE SHADUR |
| ) | MAG. JUDGE ASHMAN |
| CITY OF CHICAGO and OFFICER MALLOY, ) | |
| and OFFICER KEMP, ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF REMOVAL

Defendant City of Chicago ("City"), by its attorney Mara S. Georges, Corporation Counsel of the City of Chicago, respectfully removes the above-entitled action to this Court, pursuant to 28 U.S.C. §1441(b) and (c), on the following grounds:

1. Plaintiff filed this action on or about October 19, 2007, in the Circuit Court of Cook County, Illinois, as *Derron Johnson v. City of Chicago and Officer Malloy and Officer Kemp*, case number 07 M1 303265. See summons and complaint attached hereto as Defendant's Exhibit A.

2. As of the date of this filing, by information and belief, Defendants Officer Malloy and Officer Kemp has not been served with a copy of the summons and complaint.

3. It appears from the face of the complaint that this is a civil rights action that arises under the United States Constitution and involves a federal question. See Count I, ¶ 10. Defendants are therefore entitled to remove this action to this Court, pursuant to 28 U.S.C. §1441(b) and (c).

WHEREFORE, defendant City of Chicago respectfully requests that the above-entitled

action, which is now pending in the Circuit Court of Cook County in the State of Illinois, Case Number 07 M1 303265, be removed to the United States District Court for the Northern District of Illinois.

          MARA S. GEORGES
          Corporation Counsel
          CITY OF CHICAGO

By: _____
     DAVID J. SEERY
     Chief Assistant Corporation Counsel

30 North LaSalle Street
Suite 1020
Chicago, IL 60602
(312) 744-9210
Attorney No. 06190904

2120 - Served      2220 - Not Served      2620 - Sec. of State
2121 - Alias Served  2121 - Alias Not Served  2621 - Alias Sec. of State
(This form replaces CCM 0646, CCM1 0646, CCM1 0651, CCMD 0648, and CCMD 0649-2 thru 6)

(Rev. 7/21/99) CCM 0649 A

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### FIRST MUNICIPAL DISTRICT

Name All Parties

DERRON JOHNSON,

Plaintiff(s)

v.

CITY OF CHICAGO, a municipal corporation, OFFICER MALLOY and OFFICER KEMP,

Defendant(s)

No. 07M1 303265

Amount Claimed $ 30,000.00   + Plus Costs

Return Date Nov. 19, 2007

Time _____

**SUMMONS**

SHERIFF PLEASE SERVE:
CITY OF CHICAGO
C/O CLERK OF THE CITY OF CHICAGO
121 N. LASALLE STREET, ROOM 107
CHICAGO, IL 60602

To each defendant:

YOU ARE SUMMONED and required:

1. To file your written appearance by yourself or your attorney and pay the required fee in:

☒ District 1: Richard J. Daley Center, Rm. 602, Chicago, IL 60602    ☐ District 2: 5600 Old Orchard Rd., Skokie, IL 60077
☐ District 3: 2121 Euclid, Rolling Meadows, IL 60008                  ☐ District 4: 1500 Maybrook Dr., Maywood, IL 60153
☐ District 5: 10220 S. 76th Ave., Bridgeview, IL 60455                ☐ District 6: 16501 S. Kedzie Pkwy., Markham, IL 60426

on _____ before 9:00 A.M. on that date; and then immediately thereafter appear in person or by your attorney on Return Day.

2. File your answer to the complaint before 9:00 A.M. as required by the applicable subsections of Paragraph 3 or 4 in the NOTICE TO THE DEFENDANT on the reverse side.

IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT, A COPY OF WHICH IS HERETO ATTACHED.

To the officer:

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service, and not less than 3 days before the day for appearance. If service cannot be made, this summons shall be returned so endorsed.

This summons may not be served later than 3 days before the day of appearance.

Appearance Fee:
If claim is:
$1500 or less  $ 133ª   Over $1500  $ 143ºº
               Over $15,000  $ 163ª

WITNESS, _____

_____
Circuit Court Clerk

Atty. No.: 40171
Name: DEUTSCHMAN & ASSOCIATES, P.C.
Atty. for: Plaintiff(s)
Address: 77 West Washington Street, Suite 1525
City/State/Zip: Chicago, IL 60602
Telephone: (312) 419-1600

Date of Service: _____
(To be inserted by officer on copy left with defendant or other person)

SEE REVERSE SIDE

** Service by Facsimile Transmission will be accepted at: _____
                                              (Area Code)   (Facsimile Telephone Number)

DOROTHY BROWN CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
MUNICIPAL DEPARTMENT, FIRST DISTRICT

DERRON JOHNSON, )
)
Plaintiff, )
)
v. ) No. 07M1 303265
)
CITY OF CHICAGO, a municipal corporation, )
OFFICER MALLOY and OFFICER KEMP, )  Amount Claimed: $30,000.00
)
Defendants. )

### COMPLAINT AT LAW

#### COUNT I:
#### Action for Assault and Battery, Wrongful Infliction of Personal Injuries Under Illinois Law Against CITY OF CHICAGO

NOW COMES the Plaintiff, DERRON JOHNSON, by and through his attorneys, DEUTSCHMAN & ASSOCIATES, P.C., complaining of the Defendant, CITY OF CHICAGO, states:

1. On and prior to October 22, 2006, the plaintiff, DERRON JOHNSON, lived in the City of Chicago, County of Cook, State of Illinois.

2. On and prior to October 22, 2006, the defendant, CITY OF CHICAGO, was a municipal corporation located in Cook County, Illinois

3. On October 22, 2006, the defendant, CITY OF CHICAGO, employed an OFFICER MALLOY and an OFFICER KEMP who worked for the CHICAGO POLICE DEPARTMENT on a full-time basis.

4. On October 22, 2006, the defendant, CITY OF CHICAGO, ran a municipal police department located within Cook County, Illinois.

5. That on October 22, 2006, the plaintiff, DERRON JOHNSON, was a pedestrian at or near 55th and Aberdeen in Chicago, Illinois, and had just exited a CTA bus and was walking to his home when two CITY OF CHICAGO police officers, namely OFFICER MALLOY and OFFICER KEMP, requested the plaintiff to come to them. The plaintiff complied with the officers' request and when he reached the officers, the officers questioned from where the plaintiff had come. The plaintiff told the officers that he had just exited the bus and was on his way home from church, and at this point, the officers searched the plaintiff's person and clothing and then began to strike the plaintiff about the head, face, torso and back, causing the plaintiff's ear to bleed and causing the plaintiff significant injury to his ear, head, torso and back. The plaintiff had fully cooperated with the police officers and had no idea why the police officers beat the plaintiff.

6. The plaintiff, DERRON JOHNSON, never committed any offense and was not arrested for any purpose on October 22, 2006, when the plaintiff was a pedestrian on a public sidewalk in the City of Chicago, County of Cook and State of Illinois.

7. At the aforesaid time and place, THE CITY OF CHICAGO POLICE OFFICERS, OFFICER MALLOY and OFFICER KEMP, had no just reason to beat the plaintiff about his head and torso. This beating of the plaintiff caused severe pain and suffering to plaintiff, DERRON JOHNSON.

8. That at the aforesaid time and place, OFFICER MALLOY and OFFICER KEMP, performed the beating of DERRON JOHNSON intentionally, willfully, wantonly and maliciously.

9. At the time that OFFICER MALLOY and OFFICER KEMP performed the actions as set forth above, OFFICER MALLOY and OFFICER KEMP were acting in the scope of their employment as a police officers of the CITY OF CHICAGO.

10. Acting under the color of law and pursuant to official policy or custom, defendant, CITY OF CHICAGO, knowingly, recklessly, or with deliberate indifference and callous disregard of plaintiff's rights, failed to instruct, supervise, control and discipline on a continuing basis OFFICER MALLOY and OFFICER KEMP, in their duties to refrain from: (i) unlawfully and maliciously harassing a citizen who was acting in accordance with his constitutional and statutory rights, privileges, and immunities; (ii) unlawfully and maliciously assaulting and beating a citizen or otherwise using unreasonable and excessive force; (iii) conspiring to violate the rights, privileges and immunities guaranteed to plaintiff by the Constitution and laws of the United States and the laws of the State of Illinois; (iv) otherwise depriving plaintiff of his constitutional and statutory rights, privileges and immunities.

11. Defendant, CITY OF CHICAGO, had knowledge or, had they diligently exercised their duties to instruct, supervise, control, and discipline on a continuing basis, should have had knowledge that the wrongs conspired to be done, as heretofore alleged, were about to be committed. Defendant, CITY OF CHICAGO, had the power to prevent or aid in preventing the commission of said wrongs, could have done so by reasonable diligence, and knowingly, recklessly, or with deliberate indifference and callous disregard of the plaintiff's rights, failed or refused to do so.

12. As a result of the Defendant's conduct as set forth in paragraphs above, plaintiff suffered physical injury, medical expenses, loss of income, and severe mental anguish in connection with the aforementioned assault, battery and wrongful infliction of personal injuries.

WHEREFORE, Plaintiff, DERRON JOHNSON, prays that judgment be entered against the Defendant, CITY OF CHICAGO, for compensatory damages in the amount of $30,000.00 plus costs of suit.

## COUNT II:
### Action for Negligent Assault and Battery, Wrongful Infliction of Personal Injuries Under Illinois Law Against OFFICER MALLOY

Plaintiff, DERRON JOHNSON, by and through his attorneys, DEUTSCHMAN & ASSOCIATES, P.C., complaining of Defendant, OFFICER MALLOY, states:

1. On and prior to October 22, 2006, the plaintiff, DERRON JOHNSON, lived in the CITY OF CHICAGO, County of Cook, State of Illinois.

2. On and prior to October 22, 2006, the defendant, OFFICER MALLOY, was a police officer for the CITY OF CHICAGO organized in the City of Chicago, County of Cook and State of Illinois.

3. On October 22, 2006, the defendant, OFFICER MALLOY, worked for the CITY OF CHICAGO on a full-time basis.

4. That on October 22, 2006, the plaintiff, DERRON JOHNSON, was a pedestrian at or near 55th and Aberdeen in Chicago, Illinois, and had just exited a CTA bus and was walking to his home when two CITY OF CHICAGO police officers, namely OFFICER MALLOY and OFFICER KEMP, requested the plaintiff to come to them. The plaintiff complied with the officers' request and when he reached the officers, the officers questioned from where the plaintiff had come. The plaintiff told the officers that he had just exited the bus and was on his way home from church, and at this point, the officers searched the plaintiff's person and clothing and then began to strike the plaintiff about the head, face, torso and back, causing the plaintiff's ear to bleed and causing the plaintiff significant injury to his ear, head, torso and back. The plaintiff had fully cooperated with the police officers and had no idea why the police officers beat the plaintiff.

5

5. The plaintiff, DERRON JOHNSON, never committed any offense and was not arrested for any purpose on the night of October 22, 2006, when the plaintiff was a pedestrian on a public sidewalk in the City of Chicago, County of Cook and State of Illinois.

6. At the aforesaid time and place, OFFICER MALLOY, had no just reason to beat the plaintiff's head, face and torso. This beating of plaintiff's head, face and torso caused severe pain and suffering to plaintiff, DERRON JOHNSON.

7. That at the aforesaid time and place, OFFICER MALLOY, negligently performed the beating of DERRON JOHNSON. Further, the actions of OFFICER MALLOY were outside the scope of his employment with the CITY OF CHICAGO.

8. As a result of the Defendant's negligent conduct as set forth in paragraphs above, plaintiff suffered physical injury, medical expenses, loss of income, and severe mental anguish in connection with the aforementioned assault, battery and wrongful infliction of personal injuries.

WHEREFORE, Plaintiff, DERRON JOHNSON, prays that judgment be entered against the Defendant, OFFICER MALLOY, for compensatory damages in the amount of $30,000.00 plus costs of suit.

## COUNT III:
## Action for Intentional Assault and Battery, Wrongful Infliction of Personal Injuries Under Illinois Law Against OFFICER MALLOY

Plaintiff, DERRON JOHNSON, by and through his attorneys, DEUTSCHMAN & ASSOCIATES, P.C., complaining of Defendant, OFFICER MALLOY, states:

1. On and prior to October 22, 2006, the plaintiff, DERRON JOHNSON, lived in the CITY OF CHICAGO, County of Cook, State of Illinois.

2. On and prior to October 22, 2006, the defendant, OFFICER MALLOY, was a police officer for the CITY OF CHICAGO organized in the City of Chicago, County of Cook, and State of Illinois.

3. On October 22, 2006, the defendant, OFFICER MALLOY, worked for the CITY OF CHICAGO on a full-time basis.

4. That on October 22, 2006, the plaintiff, DERRON JOHNSON, was a pedestrian at or near 55th and Aberdeen in Chicago, Illinois, and had just exited a CTA bus and was walking to his home when two CITY OF CHICAGO police officers, namely OFFICER MALLOY and OFFICER KEMP, requested the plaintiff to come to them. The plaintiff complied with the officers' request and when he reached the officers, the officers questioned from where the plaintiff had come. The plaintiff told the officers that he had just exited the bus and was on his way home from church, and at this point, the officers searched the plaintiff's person and clothing and then began to strike the plaintiff about the head, face, torso and back, causing the plaintiff's ear to bleed and causing the plaintiff significant injury to his ear, head, torso and back. The plaintiff had fully cooperated with the police officers and had no idea why the police officers beat the plaintiff.

5. The plaintiff, DERRON JOHNSON, never committed any offense and was not arrested for any purpose on the night of October 22, 2006, when the plaintiff was a pedestrian on a public sidewalk in the City of Chicago, County of Cook and State of Illinois.

6. At the aforesaid time and place, OFFICER MALLOY, had no just reason to beat the plaintiff's head, face and torso. This beating of plaintiff's head, face and torso caused severe pain and suffering to plaintiff, DERRON JOHNSON.

7. That at the aforesaid time and place, OFFICER MALLOY, performed the beating of DERRON JOHNSON, intentionally, willfully, wantonly and maliciously. Further, the actions of OFFICER MALLOY were outside the scope of his employment with the CITY OF CHICAGO.

8. As a result of the Defendant's conduct as set forth in paragraphs above, plaintiff suffered physical injury, medical expenses, loss of income, and severe mental anguish in connection with the aforementioned assault, battery and wrongful infliction of personal injuries.

WHEREFORE, Plaintiff, DERRON JOHNSON, prays that judgment be entered against the Defendant, OFFICER MALLOY, for compensatory damages in the amount of $30,000.00 plus costs of suit.

## COUNT IV:
### Action for Negligent Assault and Battery, Wrongful Infliction of Personal Injuries Under Illinois Law Against OFFICER KEMP

Plaintiff, DERRON JOHNSON, by and through his attorneys, DEUTSCHMAN & ASSOCIATES, P.C., complaining of Defendant, OFFICER KEMP, states:

1. On and prior to October 22, 2006, the plaintiff, DERRON JOHNSON, lived in the CITY OF CHICAGO, County of Cook, State of Illinois.

2. On and prior to October 22, 2006, the defendant, OFFICER KEMP, was a police officer for the CITY OF CHICAGO organized in the City of Chicago, County of Cook and State of Illinois.

3. On October 22, 2006, the defendant, OFFICER KEMP, worked for the CITY OF CHICAGO on a full-time basis.

4. That on October 22, 2006, the plaintiff, DERRON JOHNSON, was a pedestrian at or near 55th and Aberdeen in Chicago, Illinois, and had just exited a CTA bus and was walking to his home when two CITY OF CHICAGO police officers, namely OFFICER MALLOY and OFFICER KEMP, requested the plaintiff to come to them. The plaintiff complied with the officers' request and when he reached the officers, the officers questioned from where the plaintiff had come. The plaintiff told the officers that he had just exited the bus and was on his way home from church, and at this point, the officers searched the plaintiff's person and clothing and then began to strike the plaintiff about the head, face, torso and back, causing the plaintiff's ear to bleed and causing the plaintiff significant injury to his ear, head, torso and back. The plaintiff had fully cooperated with the police officers and had no idea why the police officers beat the plaintiff.

5. The plaintiff, DERRON JOHNSON, never committed any offense and was not arrested for any purpose on the night of October 22, 2006, when the plaintiff was a pedestrian on a public sidewalk in the City of Chicago, County of Cook and State of Illinois.

6. At the aforesaid time and place, OFFICER KEMP, had no just reason to beat the plaintiff's head, face and torso. This beating of plaintiff's head, face and torso caused severe pain and suffering to plaintiff, DERRON JOHNSON.

7. That at the aforesaid time and place, OFFICER KEMP, negligently performed the beating of DERRON JOHNSON. Further, the actions of OFFICER KEMP were outside the scope of his employment with the CITY OF CHICAGO.

8. As a result of the Defendant's negligent conduct as set forth in paragraphs above, plaintiff suffered physical injury, medical expenses, loss of income, and severe mental anguish in connection with the aforementioned assault, battery and wrongful infliction of personal injuries.

WHEREFORE, Plaintiff, DERRON JOHNSON, prays that judgment be entered against the Defendant, OFFICER KEMP, for an amount for compensatory damages in the amount of $30,000.00 plus costs of suit.

## COUNT V:
### Action for Intentional Assault and Battery, Wrongful Infliction of Personal Injuries Under Illinois Law Against OFFICER KEMP

Plaintiff, DERRON JOHNSON, by and through his attorneys, DEUTSCHMAN & ASSOCIATES, P.C., complaining of Defendant, OFFICER KEMP, states:

1. On and prior to October 22, 2006, the plaintiff, DERRON JOHNSON, lived in the CITY OF CHICAGO, County of Cook, State of Illinois.

2. On and prior to October 22, 2006, the defendant, OFFICER KEMP, was a police officer for the CITY OF CHICAGO organized in the City of Chicago, County of Cook and State of Illinois.

3. On October 22, 2006, the defendant, OFFICER KEMP, worked for the CITY OF CHICAGO on a full-time basis.

4. That on October 22, 2006, the plaintiff, DERRON JOHNSON, was a pedestrian at or near 55th and Aberdeen in Chicago, Illinois, and had just exited a CTA bus and was walking to his home when two CITY OF CHICAGO police officers, namely OFFICER MALLOY and OFFICER KEMP, requested the plaintiff to come to them. The plaintiff complied with the officers' request and when he reached the officers, the officers questioned from where the plaintiff had come. The plaintiff told the officers that he had just exited the bus and was on his way home from church, and at this point, the officers searched the plaintiff's person and clothing and then began to strike the plaintiff about the head, face, torso and back, causing the plaintiff's ear to bleed and causing the plaintiff significant injury to his ear, head, torso and back. The plaintiff had fully cooperated with the police officers and had no idea why the police officers beat the plaintiff.

5. The plaintiff, DERRON JOHNSON, never committed any offense and was not arrested for any purpose on the night of October 22, 2006, when the plaintiff was a pedestrian on a public sidewalk in the City of Chicago, County of Cook and State of Illinois.

6. At the aforesaid time and place, OFFICER KEMP, had no just reason to beat the plaintiff's head, face and torso. This beating of plaintiff's head, face and torso caused severe pain and suffering to plaintiff, DERRON JOHNSON.

7. That at the aforesaid time and place, OFFICER KEMP, performed the beating of DERRON JOHNSON, intentionally, willfully, wantonly and maliciously. Further, the actions of OFFICER KEMP were outside the scope of his employment with the CITY OF CHICAGO.

8. As a result of the Defendant's conduct as set forth in paragraphs above, plaintiff suffered physical injury, medical expenses, loss of income, and severe mental anguish in connection with the aforementioned assault, battery and wrongful infliction of personal injuries.

WHEREFORE, Plaintiff, DERRON JOHNSON, prays that judgment be entered against the Defendant, OFFICER KEMP, for compensatory damages in the amount of $30,000.00 plus costs of suit.

Respectfully submitted:
DEUTSCHMAN & ASSOCIATES, P.C.

Attorney for Plaintiff

DEUTSCHMAN & ASSOCIATES, P.C.
Attorneys for Plaintiff
77 W. Washington Street
Suite 1525
Chicago, IL 60602
(312) 419-1600
Atty. No. 40171