UNITED STATES DI 07CV6502
NORTHERN DISTRI JUDGE SHADUR
MAG. JUDGE ASHMAN

## Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Northern District of Illinois.

Plaintiff(s): DERRON JOHNSON

Defendant(s): CITY OF CHICAGO, OFFICER MALLOY AND OFFICER KEMP

County of Residence: Cook

County of Residence: Cook

Deutschman & Associates, P.C.
77 W. Washington
Suite 1525
Chicago, IL 60602

Defendant's Atty:
David J. Seery
Chief Assistant Corporation Counsel
City of Chicago Department of Law
30 N. LaSalle Suite 1020
Chicago, Il 60602

II. Basis of Jurisdiction:
3. Federal Question (U.S. not a party)

III. Citizenship of Principal Parties (Diversity Cases Only)

Plaintiff:- N/A

Defendant:- N/A

FILED
NOV 16 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IV. Origin :2 Remove From State Court

V. Nature of Suit:
  440 Other Civil Rights

VI. Cause of Action:
Excessive force claim pursuant to United States Constitution

VII. Requested in Complaint

Class Action: No

Dollar Demand:$ 30,000.00

Jury Demand: Yes

<u>VIII.</u> This case **IS NOT** a refiling of a previously dismissed case.

Signature: _____

Date:   November  16 , 2007

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, print this form, sign and date it and submit it with your new civil action. **Note: You may need to adjust the font size in your browser display to make the form print properly.**   Revised: 06/28/00