# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

In the Matter of:

DERRON JOHNSON, Plaintiff

v.

CITY OF CHICAGO, Defendant, et al.

Case Number: 07 C 6502

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR: **Plaintiff**

| (A) | (B) |
|---|---|
| SIGNATURE *[signed] Jeff Deutschman* | SIGNATURE |
| NAME Jeffrey S. Deutschman | NAME |
| FIRM **DEUTSCHMAN & ASSOCIATES, P.C.** | FIRM |
| STREET ADDRESS 77 W. Washington, Suite 1525 | STREET ADDRESS |
| CITY/STATE/ZIP Chicago, Il 60602 | CITY/STATE/ZIP |
| TELEPHONE NUMBER 312-419-1600 | TELEPHONE NUMBER |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) 6198271 | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) |
| MEMBER OF TRIAL BAR? YES   NO X | MEMBER OF TRIAL BAR? YES   NO |
| TRIAL ATTORNEY? YES   NO X | TRIAL ATTORNEY? YES   NO |
|  | DESIGNATED AS LOCAL COUNSEL? YES   NO |

| (C) | (D) |
|---|---|
| SIGNATURE | SIGNATURE |
| NAME | NAME |
| FIRM | FIRM |
| STREET ADDRESS | STREET ADDRESS |
| CITY/STATE/ZIP | CITY/STATE/ZIP |
| TELEPHONE NUMBER | TELEPHONE NUMBER |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) |
| MEMBER OF TRIAL BAR? YES   NO | MEMBER OF TRIAL BAR? YES   NO |
| TRIAL ATTORNEY? YES   NO | TRIAL ATTORNEY? YES   NO |
| DESIGNATED AS LOCAL COUNSEL? YES   NO | DESIGNATED AS LOCAL COUNSEL? YES   NO |