## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6502 | **DATE** | 11/28/2007 |
| **CASE TITLE** | Johnson vs. City of Chicago | | |

**DOCKET ENTRY TEXT**

Status hearing held.  Plaintiff's oral motion to strike  from the Complaint the provision of Count 1, paragraph 10 regarding the constitutional claims is granted.  For the reasons stated orally in open court, this action is ordered remanded to the Circuit Court of Cook County.  The Clerk is directed to mail the remand letter forthwith.

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | SN |
|---|---|---|